**FILED**

06/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0181

_____

IN RE THE MARRIAGE OF:

ALIA DAY FLOREN,

      Petitioner and Appellee,

  v.

                                 O R D E R

JAVIER BAUTISTA-SCHEUBER,

      Respondent and Appellant.

_____

Counsel for Appellee has moved this Court to opt out of the appellate mediation requirement set forth by Rule 7 of the Montana Rules of Appellate Procedure. Pro se Appellant opposes the motion.

Counsel for Appellee has also filed a motion for extension of the mediation deadline pending the Court's decision on mediation.

IT IS ORDERED that the motion to waive mediation is GRANTED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 28 2021